No. 722. STIRONE v. UNITED STATES. C. A. 3d Cir. Certiorari granted., *Vincent M. Casey* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 622, Misc. GRISHAM v. TAYLOR, WARDEN. Motions for leave to proceed *in forma pauperis* and to substitute Charles R. Hagan, Warden, in the place of John C. Taylor, Warden, as the party respondent granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted. *H. Clay Espey* for petitioner. *Solicitor General Rankin* for respondent.

No. 771. GART ET AL. v. COLE, ADMINISTRATOR, FEDERAL HOUSING AND HOME FINANCE AGENCY, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Harris L. Present* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for Cole et al., *Edward D. Burns, Porter R. Chandler* and *Martin Fogelman* for Fordham University, *William Eldred Jackson* and *Rebecca M. Cutler* for Lincoln Center for the Performing Arts, Inc., *Leo A. Larkin, Pauline K. Berger, Benjamin Offner* and *Anthony Curreri* for Wagner et al., and *Samuel I. Rosenman* and *Max Freund* for Webb & Knapp Lincoln Square Corporation, respondents.

No. 601, Misc. HYYPPA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.